# FINANCIAL DISCLOSURE REPORT

Report Required by the Ethics
Reform Act of 1989, Pub. L. No.
101-194, November 30, 1989
(5 U.S.C.A. App. 6, 96101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Brody, Anita B. | United States District Court for the Eastern District of Pennsylvania | 11/25/91 |

| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge (Active) | X Nomination, Date 11/22/91<br>X Initial ___ Annual ___ Final | 1/1/90 through 11/25/91 |

| 7. Chambers or Office Address |
|---|
| Courthouse<br>Airy & Swede Streets<br>Norristown, PA 19404 |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| XX NONE (No reportable positions) | |
| | |
| | |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| XX NONE (No reportable agreements) | |
| | |
| | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE<br>(Honoraria only) | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| NONE (No reportable non-investment income) | | |
| Commonwealth of Pennsylvania | Salary | $80,000.00 |
| Medical College of Pennsylvania | Salary (S) | $ |
| Jefferson Park Hospital, Consultant | (S) | $ |
| Private Practice Medicine | (S) | $ |
| United States Government | Pension (S) | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Brody, Anita B. | Date of Report<br>11/25/91 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements or gifts) | |
| Not Applicable | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts) | | |
| Not Applicable | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-17 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| XX NONE (No reportable liabilities) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

* VALUE CODES: J = $15,000 or less   K = $15,001 to $50,000   L = $50,001 to $100,000   M = $100,001 to $250,000
 N = $250,001 to $500,000   O = $500,001 to $1,000,000   P = More than $1,000,000

Digitized by Google

FINANCIAL DISCLOSURE REPORT (cont'd)

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Brody, Anita B. | 11/25/91 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (includes those of spouse and dependent children; see pp. 18-27 of instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value (J-P) | (2) Value Method (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month Day | (3) Value (J-P) | (4) Gain (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 Adobe Reserves | B | DIV | J | T | | | | | |
| 2 Capital Southwest | B | DIV | L | T | | | | | |
| 3 Chemical Bank | A | DIV | J | T | | | | | |
| 4 Chrysler (J) | A | DIV | J | T | | | | | |
| 5 Danielson Holding | A | DIV | J | T | | | | | |
| 6 Dupont | B | DIV | K | T | | | | | |
| 7 Ford (J) | B | DIV | J | T | | | | | |
| 8 GTE (Contel) | A | DIV | J | T | | | | | |
| 9 Hartford Steam | D | DIV | M | T | | | | | |
| 10 ILL Central R.R. | A | DIV | J | T | | | | | |
| 11 Manville | A | DIV | J | T | | | | | |
| 12 NABORS | A | DIV | K | T | | | | | |
| 13 National Asset Bank | B | DIV | J | T | | | | | |
| 14 National Loan Bank | C | DIV | J | T | | | | | |
| 15 Nevada Power | B | DIV | J | T | | | | | |
| 16 Norfolk Southern | B | DIV | K | T | | | | | |
| 17 Perini | A | DIV | J | T | | | | | |
| 18 Pet | A | DIV | K | T | | | | | |
| 19 Public Service G & E | A | DIV | J | T | | | | | |
| 20 Royal Palm | B | DIV | J | T | | | | | |

1 Income/Gain Codes: A=$1,000 or less   B=$1,001 to $2,500   C=$2,501 to 5,000   D=$5,001 to $15,000
(See Col. B1 & D4)   E=$15,001 to $50,000   F=$50,001 to $100,000   G=$100,001 to $1,000,000   H=more than $1,000,000
2 Value Codes: (See Col. C1 & D3)   J=$15,000 or less   K=$15,001 to $50,000   L=$50,001 to $100,000   M=$100,001 to $250,000
3 Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book Value   V=Other   W=Estimated

Digitized by Google

**FINANCIAL DISCLOSURE REPORT (cont'd)**

| Name of Person Reporting | Date of Report |
|---|---|
| Brody, Anita B. | 11/25/91 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (includes those of spouse and dependent children; see pp. 18-27 of instructions.)

| B. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount (A-H) | (2) Type (div. rent, int.) | (1) Value (J-P) | (2) Value Method | (1) Type (buy, sell, etc.) | (2) Date | (3) Value (J-P) | (4) Gain (A-H) | (5) Identity of buyer/seller |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | | |
| Society Corporation | C | DIV | K | T | | | | | | |
| Source Capital  Com | C | DIV | K | T | | | | | | |
| Source Capital  Pfd | C | DIV | J | T | | | | | | |
| Tokio Marine | A | DIV | J | T | | | | | | |
| Whitman | C | DIV | K | T | | | | | | |
| Equity Strategies | A | DIV | L | T | | | | | | |
| Japan Fund | D | DIV | K | T | | | | | | |
| Stein Roe Special | D | DIV | L | T | | | | | | |
| Third Avenue Fund | D | DIV | K | T | | | | | | |
| Federated Dept. Stores | A | INT | K | T | | | | | | |
| Manville | A | INT | J | T | | | | | | |
| Naco Finance | A | INT | K | T | | | | | | |
| Valdez | C | INT | K | T | | | | | | |
| (Norristown, PA) Fidelity - Court | A | INT | K | T | | | | | | |
| (Norristown, PA) Fidelity - MM     (J) | C | INT | L | T | | | | | | |
| Callicoon, NY) Norstar     (J) | C | INT | K | T | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

1 Income/Gain Codes: (See Col. B1 & D4) A=$1,000 or less  B=$1,001 to $2,500  C=$2,501 to $5,000  D=$5,001 to $15,000
2 Value Codes: (See Col. C1 & D3) J=$15,000 or less  K=$15,001 to $50,000  L=$50,001 to $100,000  M=$100,001 to $250,000
3 Value Method Codes: (See Col. C2) Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
U=Book Value  V=Other  W=Estimated



Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Date of Person Reporting | Date of Report |
|---|---|---|
| | Brody, Anita B. | 11/25/91 |

## VIII.  ADDITIONAL INFORMATION or EXPLANATIONS.  (Indicate part of Report.)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## IX.  CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature  _Anita B. Brody_    Date  _11/26/91_

NOTE:   ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS. (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

---

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:        Judicial Ethics Committee
                                                         Administrative Office of the
                                                         United States Courts
                                                         Washington, DC  20544

Digitized by Google

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings;) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | |
|---|---|---|---|---|---|---|
| Cash on hand and in banks | (A) | 75,428 | | Notes payable to banks—secured | | |
| U.S. Government securities—add schedule | | NONE | | Notes payable to banks—unsecured | | |
| | | | | Notes payable to relatives | | |
| Listed securities—add schedule | (B) | 805,899 | | Notes payable to others | | |
| Unlisted securities—add schedule | | NONE | | Accounts and bills due | | |
| Accounts and notes receivable: | | | | Unpaid income tax | | |
| Due from relatives and friends | | | | Other unpaid tax and interest | | |
| Due from others | | | | Real estate mortgages payable—add schedule | | |
| Doubtful | | | | | | |
| Real estate owned—add schedule | (C) | 518,000 | | Chattel mortgages and other liens payable | | |
| Real estate mortgages receivable | | NONE | | | | |
| Autos and other personal property | (D) | 39,300 | | Other debts—itemize: | | |
| Cash value—life insurance | (E) | 16,013 | | | | |
| Other assets—itemize: | | | | | | |
| Retirement | (F) | 1,320,882 | | | | |
| Limited Partnership | (G) | -0- | | | | |
| | | | | Total liabilities | NONE | |
| | | | | Net worth | 2,775,522 | |
| Total assets | | 2,775,522 | | Total liabilities and net worth | 2,775,522 | |

| CONTINGENT LIABILITIES | NONE | | | GENERAL INFORMATION | | |
|---|---|---|---|---|---|---|
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule.) | | |
| On leases or contracts | | | | | NO | |
| Legal Claims | | | | Are you defendant in any suits or legal actions? | NO | |
| Provision for Federal Income Tax | | | | Have you ever taken bankruptcy? | NO | |
| Other special debt | | | | | | |

Digitized by Google